BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2746

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD DANEIL HARSH II,<br><br>Defendant. | CASE NO. 2:12-cr-00339 MCE<br><br>**REQUEST FOR UNSEALING OF INDICTMENT** |

TO THE HONORABLE CAROLYN K. DELANEY, UNITED STATES

MAGISTRATE JUDGE:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District

of California, to petition this Court and respectfully represent:

1.      On September 26, 2012, the Honorable Carolyn K. Delaney issued an order

sealing the Indictment in the above-referenced case until the arrest of the defendant or further

order of the Court.

2.      As of today, October 2, 2012, counsel for the United States has been informed

and believes that defendant has been arrested.  Accordingly, it is now necessary to unseal the

indictment so that the defendant may be fully apprised of the charges against him.

///

///

1

THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated:  October 2, 2012                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                              By:    /s/ Todd A. Pickles
                                     TODD A. PICKLES
                                     Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2746

Attorneys for UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-00339 MCE |
| Plaintiff, | **ORDER** |
| v. | |
| EDWARD DANEIL HARSH II, | |
| Defendant. | |

The Court hereby orders that the Indictment in Case No. 2:12-cr-00339 MCE, as well as the

Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made

part of the public record.


DATED:  October 2, 2012                          /s/ Carolyn K. Delaney

                                                 HON. CAROLYN K. DELANEY
                                                 United States Magistrate Judge
                                                 Eastern District of California