**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
**1477 Drew Avenue, Suite 106**
**Davis, California 95618**
**Telephone:  530.759.0700**
**Facsimile:  530.759.0800**

**Attorney for Defendant**
**EDWARD DANIEL HARSH II**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-cr-00339-MCE |
| Plaintiff, ) | |
| vs. ) | REQUEST FOR WAIVER OF PRESENCE |
| ) | |
| EDWARD DANIEL HARSH II, ) | |
| Defendant. ) | |

**Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.**

*///*

*///*

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

Dated: November 1, 2012                      Signature on file
                                             Defendant, Edward Daniel Harsh II


Approved: October 18, 2012                   By:  /s/ Jennifer C. Noble
                                             JENNIFER C. NOBLE
                                             Attorney for Defendant
                                             EDWARD DANIEL HARSH II


Dated: October 18, 2012                      Respectfully submitted,

                                             WISEMAN LAW GROUP, P.C.

                                             By:  /s/ Jennifer C. Noble
                                             JENNIFER C. NOBLE
                                             Attorney for Defendant
                                             EDWARD DANIEL HARSH II


## ORDER

I approve the above waiver of presence.

IT IS SO ORDERED.

Dated: January 23, 2013

                                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                             UNITED STATES DISTRICT COURT