**JENNIFER C. NOBLE, ESQ., CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:   530.759.0700**
    **Facsimile:   530.759.0800**

**Attorney for Defendant**
**EDWARD DANIEL HARSH II**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-CR-00339-MCE |
|       Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| EDWARD DANIEL HARSH II, ) | |
|       Defendant. ) | |

     IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Todd Pickles, Assistant United States Attorney and Jennifer C Noble, attorney for defendant Edward Daniel Harsh II, that the status conference presently set for February 7, 2013 be continued to March 7, 2013, at 9:00 a.m., thus vacating the presently set status conference.

     Defense counsel has requested additional discovery from the government and will require time to review that discovery, and to conduct investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, March 7, 2013.

1

Stipulation and Proposed Order to Continue Status                                       Case No. CR S 12-00339MCE

**IT IS SO STIPULATED.**

Dated: February 4, 2012                          By: /s/ Jennifer C. Noble
                                                                              JENNIFER C. NOBLE
                                                                              WISEMAN LAW GROUP
                                                                              Attorney for Defendant
                                                                              Edward Daniel Harsh II

Dated: February 4, 2012                          Benjamin B. Wagner
                                                                              United States Attorney

                                                                              By: /s/ Todd Pickles
                                                                              TODD PICKLES
                                                                              Assistant U.S. Attorney

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

///
///
///
///
///

1  The Court orders that the time from the date of the parties' stipulation, February 4, 2013,
2  to and including March 7, 2013, shall be excluded from computation of time within which the
3  trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
4  § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Code T4 (reasonable time for defense counsel to
5  prepare). It is further ordered that the February 7, 2013, status conference shall be continued
6  until March 7, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE