```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD A. PICKLES
    Assistant United States Attorneys
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone:  (916) 554-2700
    Facsimile:  (916) 554-2900
 5
 6  Attorneys for UNITED STATES OF AMERICA
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00339 MCE |
|---|---|
| Plaintiff, | **AMENDED STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; ORDER** |
| v. | |
| EDWARD DANIEL HARSH II, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. On May 9, 2013, defendant pled guilty to the sole count of the Indictment charging him with being a felon in possession of a firearm in violation of Title 18, United States Code § 922(g). The matter was set for Judgment and Sentencing on <u>August 1, 2013</u> at 9:00 a.m. and referred to the Probation Office for a presentence investigation report.

2. The parties and respectfully request that this matter be continued to August 15, 2013 at 9:00 a.m. for Judgment and Sentencing.

3. Defendant has pled guilty and therefore stands convicted of the sole count of the Indictment. Therefore, the provisions of the Speedy Trial Act, 18 U.S.C.§ 3161, do not apply.

IT IS SO STIPULATED.

Dated: July 16, 2013          BENJAMIN B. WAGNER
                              United States Attorney

                       By:    */s/ Todd A. Pickles*
                              TODD A. PICKLES
                              Assistant U.S. Attorney

                              For the United States


Dated: July 16, 2013          WISEMAN LAW GROUP P.C.

                       By:    */s/ Todd A. Pickles for*
                              JENNIFER NOBLE, Esq.

                              For the Defendant


### O R D E R

Pursuant to the parties' stipulation, IT IS SO ORDERED. The judgment and sentencing hearing currently set for August 1, 2013, is hereby vacated and **continued to August 15, 2013, at 9 a.m.** in Courtroom 7.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT